LIBER 3 7 3 PAGE 4 6 1 5

NEWAYGO COUNTY
REGISTER OF DEEDS
LINDA M. BROWN

'99 JAN 8 PM 2 47

Linda M. Brown

White Cloud, Mich. 1/3   19 99 I certify that there are no tax liens or titles held by the State or any individual against the within description, and all taxes on same are paid for five years previous to the date of this instrument as appears by the records in my office. This does not cover taxes in process of collection by Townships, Cities, or Villages.
_____ County Treasurer

## WARRANTY DEED

**THIS INDENTURE**, Made this 28d day of December, 1998.

**WITNESSETH**, That Marcia Blazak Valdes, as Successor Trustee of the Trust of Joseph J. Blazak and Victoria M. Blazak, under agreement dated December 5, 1980, and recorded at Series L, Number 1004,

in consideration of a sum of Thirty-Six Thousand Five Hundred ($36,500.00) Dollars

CONVEYS AND WARRANTS to Ricky R. Fulton, Sr., a married man, and his wife Kim R. Fulton, of 10756 North Bingham Road, Bitely, Michigan 49309,

The following described lands and premises located in the Township of Lilley, County of Newaygo, and State of Michigan, viz:

62-02-15-100-002 All km

THE EAST ONE-HALF (E ½) OF THE NORTHWEST ONE-QUARTER (NW ¼) EXCEPT THE
C & O RAILROAD RIGHT OF WAY, SECTION 15, TOWN 16 NORTH, RANGE 13 WEST;

To Have and to Hold the said premises, AS TENANTS BY THE ENTIRETY, as herein described, with the appurtenances, FOREVER,

This transfer is pursuant to a Land Contract dated June 12, 1995, between the parties, and while equitable title passed at the execution of the Land Contract, legal title did not pass until such time as the contract was paid off.

Grantors hereby retain a one-half (1/2) interest in any and all mineral rights or proceeds therefrom on the subject property.

SUBJECT TO:       Easements, reservations, restrictions, and highways of record.

Signed in the Presence of

_Janet Morrison_
Witness, Janet Morrison

_Vanessa Sciarra_
Witness, Vanessa Sciarra

Signed on the Date first above written

_Marcia Blazak Valdes, as Successor Trustee of the Trust of Joseph J. Blazak_
Marcia Blazak Valdes, as Successor Trustee of the Trust of
Joseph J. Blazak and Victoria M. Blazak

STATE OF FLORIDA   )
                   ) ss.
COUNTY OF PINELLAS )

On 28th December, 1998, before me, a Notary Public, in and for said County, personally appeared Marcia Blazak Valdes, as Successor Trustee of the Trust of Joseph J. Blazak and Victoria M. Blazak, to me known to be the same person described in and who executed the within instrument, who has acknowledged the same to be her free act and deed.

My commission expires: 03/16/2001

_Eileen_
Notary Public,
Pinellas County, Florida

Drafted By:   Michael C. Paige (P57405)
              DOUGLAS H. McPHAIL, P.C.
              570 West Seminole, Suite 104
              Muskegon, MI 49444
              (616) 733-5507

After Recording return to: DOUGLAS H. McPHAIL, P.C.
                           570 West Seminole, Suite
                           Muskegon, MI 49444

PLAINTIFF'S EXHIBIT 2